IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case No.: 19-cv-02170 |
| MAHELET HAILEMARIAM SEIFU, Individually, as Parent and Natural Guardian of A.T.M., as Special Co-Representative and Special Co-Administrator of the Estate of TAMIRAT MULU DEMESSIE, Deceased, and on behalf of all Surviving Beneficiaries; FASIKA MULU DEMESSIE, as Special Co-Representative and Special Co-Administrator of the Estate of TAMIRAT MULU DEMESSIE, Deceased, and on behalf of all Surviving Beneficiaries; and REDEAT TAMIRAT MULU, <br><br> Plaintiffs, <br><br> v. <br><br> THE BOEING COMPANY, a Delaware corporation; ROSEMOUNT AREOSPACE, INC., a Delaware corporation; ROCKWELL COLLINS, INC., a Delaware corporation, <br><br> Defendants. | SHORT FORM COMPLAINT AND NOTICE OF ADOPTION OF MASTER COMPLAINT <br><br><br> DEMAND FOR JURY TRIAL |

1

Plaintiffs, MAHELET HAILEMARIAM SEIFU, Individually, as Parent and Natural Guardian of A.T.M., as Special Co-Representative and Special Co-Administrator of the Estate of TAMIRAT MULU DEMESSIE, Deceased, and on behalf of all Surviving Beneficiaries; FASIKA MULU DEMESSIE, as Special Co-Representative and Special Co-Administrator of the Estate of TAMIRAT MULU DEMESSIE, Deceased, and on behalf of all Surviving Beneficiaries; and REDEAT TAMIRAT MULU, complain of the defendants, and each of them, as follows:

1. Plaintiffs refer to and incorporate herein by reference the Master Complaint, and any and all later amendments thereto, filed in IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH, as though fully set forth herein. Plaintiffs hereby adopt the Master Complaint and agree to be bound by any rulings with respect to the pleadings of the Master Complaint.

2. Plaintiffs adopt each of the general allegations of the Master Complaint except for those paragraph numbers set forth here, if any: N/A

## CLAIMS AGAINST DEFENDANTS

3. Plaintiffs bring those Counts, as applicable, against each of the Defendants in the Master Complaint checked below:

☒ THE BOEING COMPANY

☒ ROSEMOUNT AEROSPACE, INC.

☒ ROCKWELL COLLINS, INC.

4. Plaintiffs incorporate by reference each of the Counts in the Master Complaint checked below:

*As against THE BOEING COMPANY:*

☒ Count One for Negligence

☒ Count Two for Breach of Warranty

☒ Count Three for Strict Liability

☒ Count Four for Failure to Warn

*As against ROSEMOUNT AEROSPACE, INC.:*

☒ Count Five for Negligence

2

☒ Count Six for Strict Liability

☒ Count Seven for Breach of Warranty

*As against ROCKWELL COLLINS, INC.:*

☒ Count Eight for Negligence

☒ Count Nine for Strict Liability

☒ Count Ten for Breach of Warranty

### PLAINTIFFS' INFORMATION:

4. Decedent, TAMIRAT MULU DEMESSIE, was an individual who was killed in the crash of Ethiopian Airlines Flight ET 302 on March 10, 2019.

5. The following Plaintiffs are heirs, beneficiaries, and/or next of kin of Decedent, or other persons entitled to bring an action for the wrongful death of Decedent, and bring the causes of action alleged herein:

MAHELET HAILEMARIAM SEIFU and FASIKA MULU DEMESSIE are the surviving spouse and sister, respectively, of the Decedent; were appointed as joint Liquidators of the Decedent's estate by order of the Federal First Instance Court, Yeka, 2nd Inheritance Bench, Federal Democratic Republic of Ethiopia; were appointed Special Co-Administrators of the Decedent's Estate; and are entitled to bring wrongful death claims on behalf of all surviving beneficiaries.

6. Plaintiffs are residents of Ethiopia. Plaintiffs' decedent was a resident of Ethiopia.

7. Decedent's Estate is represented in the following capacity:

☒ MAHELET HAILEMARIAM SEIFU and FASIKA MULU DEMESSIE are joint Liquidators, and Special Co-Representatives of the Estate of Decedent and are authorized to bring an action on behalf of the Decedent's estate. Plaintiffs were appointed as the Decedent's Special Co-Representatives on February 24, 2021.

☐ Other (please describe):

### PLAINTIFFS' DAMAGES:

8. Plaintiffs request the relief checked below:

All past and future general and compensatory damages in an amount according to proof at trial, including the following:

☒ For Decedent's conscious and physical pain and suffering, fright and terror, fear of impending and imminent death, mental anguish, and emotional distress, in an amount according to proof at trial.

☒ For past and future loss of support and services in money or in kind, in an amount according to proof at trial.

☒ For past and future loss of consortium, love, companionship, comfort, care, assistance, protection, affection, society, moral support, training, advice, tutelage, and guidance, in an amount according to proof at trial.

☒ For past and future grief, emotional distress, and sorrow, in an amount according to proof at trial.

☒ For funeral expenses, burial expenses, estate administration expenses, and other related expenses in an amount according to proof at trial.

☒ For expenses for the identification and/or transportation of Decedent's remains, according to proof at trial.

☒ For all property losses, in an amount according to proof at trial.

☒ For attorneys' fees, costs and other damages as permitted under applicable laws.

☒ For punitive and exemplary damages in an amount according to proof at trial;

☒ For pre- and post-judgment interest on all damages as allowed by the law.

☒ For all costs of suit incurred herein.

☒ For such other and further relief as the Court shall deem just and proper.

☐ Other (specify):

## ADDITIONAL ALLEGATIONS, IF ANY

9. TAMIRAT MULU DEMESSIE was born on May 8, 1970 in Jimma, Ethiopia and died in the crash of ET302 at the age of 48. Tamirat was a resident of Ethiopia, and is survived by his spouse, Mahelet Hailemariam Seifu, their minor son A.T.M., age 14, and his daughter, Redeat Tamirat Mulu, age 24. Mahelet and Tamirat met in Addis Ababa and both attended Clark

4

University, in Worcester, Massachusetts, together to study for their Master Degrees. Upon their return to Ethiopia in 2006, A.T.M. was born, and Tamirat and Mahelet began to pursue their careers in humanitarian endeavors. Tamirat's 26-year career included government, private sector, and civil society experience, with a particular focus on child protection issues. At the time of the crash, Tamirat had been working for Save the Children since 2006 and specifically was working with Save the Children Denmark beginning in 2016. He was travelling for work when he was killed. Colleagues recall that Tamirat never hardened or became cynical despite the nature of his work, and instead he was always open and empathetic with a strong sense of social justice. He had the highest possible ethical standards, and was not willing to compromise on these, despite his flexibility in all other aspects of his work. Tamirat demonstrated integrity and solidarity, in all interactions with his team and, most importantly, with the people he was committed to serve.

Tamirat supported his family financially and emotionally. Mahelet describes him as not just a partner, but a friend and professional mentor. Tamirat was also an attentive and caring father to Redeat and A.T.M., focused on his children's interests and their education. Tamirat's family has suffered a terrible loss, compounded by the circumstances of the crash and how easily the defendants could have prevented it from occurring.

The manner in which Tamirat died is particularly distressing for surviving family due to the terrifying nature of his final moments. Shortly after take-off, the aircraft began making noticeably unusual, alarming and uncomfortable movements in response to the erroneous AOA sensor and MCAS activations. During the last several minutes before ET-302 crashed, Tamirat experienced violent oscillations of the aircraft, which resulted in his fear of impending death, as well as physical and mental pre-death pain and suffering. Ultimately, Tamirat was exposed to extreme forces as the aircraft dove down towards the ground at speeds approaching 600 miles per hour during which time Tamirat surely knew he was about to die.

**DEMAND FOR JURY TRIAL**

PLAINTIFFS hereby demand a trial by jury as to all claims in this action.

Dated: Chicago, Illinois
February 26, 2021

/s/ Todd A. Smith
*Attorneys for Plaintiff Mahelet Hailemariam Seifu*
Todd A. Smith
Brian LaCien
Smith LaCien, LLP
70 West Madison, Suite 2250
Chicago, IL 60602
T: 312-509-8900
Email: tsmith@smithlacien.com
Email: blacien@smithlacien.com

KREINDLER & KREINDLER LLP
Justin T. Green,
Brian J. Alexander
Daniel O. Rose
Vincent C. Lesch
750 Third Avenue
New York, NY 10017
Tel: 212-687-8181
Email: jgreen@kreindler.com
Email: balexander@kreindler.com
Email: drose@kreindler.com
Email: vlesch@kreindler.com

*Attorneys for Plaintiffs Fasika Mulu and Redeat Tamirat*
Robert A. Clifford, Esq.
Kevin P Durkin, Esq.
Tracy A. Brammeier, Esq.
John V. Kalantzis, Esq.
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street Suite 3100
Chicago, Illinois 60602
Tel: 312- 899-9090
Email: rac@cliffordlaw.com
Email: kpd@cliffordlaw.com
Email: tab@cliffordlaw.com
Email: jvk@cliffordlaw.com